**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC.,

22 **CIVIL** 4825 (KMK)
**JUDGMENT**

Debtor.
-----------------------------------------------------------X
WASHINGTON TOWN CENTER LLC,

Appellant,

-against-

JERSEY MARKETS OF WASHINGTON
TOWNSHIP, LLC,

Appellee.
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated September 27, 2023, the judgment of the Bankruptcy

Court is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
September 27, 2023

**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY:     K. mango

_____
**Deputy Clerk**